DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GARRY VOLCY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3438

_____

January 26, 2024

Appeal from the County Court for Hillsborough County; Margaret R. Taylor, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Srber, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.